FILED
GREAT FALLS DIV

2008 APR 30 AM 11 35

PATRICK E. DUFFY, CLERK

BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| LYNETTE REDDOGG,<br><br>                Plaintiff,<br><br>vs.<br><br>DONNA BLACKDOG, JUDGE GOURNEAU of the Ft. Peck Tribal Court, and CHIEF TRIBAL JUDGE JACKSON, of the Ft. Peck Tribal Court,<br><br>                Defendants. | No. CV-08-22-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on April 3, 2008. Plaintiff filed objections on April 15, 2008. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.     Plaintiff's Motion to Proceed *in forma pauperis*[2] is GRANTED.

---

[1] Docket No. 4.

[2] Docket No. 1.

-1-

2. Plaintiff's Complaint is DEEMED FILED by the Court.

3. Plaintiff's Complaint[3] is DISMISSED for lack of jurisdiction.

4. The Clerk is directed to enter judgment accordingly.

DATED this 30th day of April, 2008.

SAM E. HADDON
United States District Judge

---

[3] Docket No. 3.